No. 3. THE MAYOR AND ALDERMEN OF THE CITY OF VICKSBURG, APPELLANTS, *v.* VICKSBURG WATER WORKS COMPANY. Appeal from the Circuit Court of the United

States for the Southern District of Mississippi. Submitted October 30, 1913. Decided December 1, 1913. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of *Bayard* v. *Lombard,* 9 How. 530; *Payne* v. *Niles,* 26 How. 219; *Indiana* v. *Liverpool, London & G. Ins. Co.,* 109 U. S. 168, and cause remanded to the District Court of the United States for the Southern District of Mississippi. *Mr. T. C. Catchings, Mr. O. W. Catchings* and *Mr. George Anderson* for the appellants. *Mr. Joseph Hirsh* and *Mr. J. C. Bryson* for the appellee.